NOTE: This order is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

---

**TONYALITA GRACE N. CINTRON,**
*Claimant-Appellant,*

**v.**

**ROBERT A. MCDONALD, Secretary of Veterans Affairs,**
*Respondent-Appellee.*

---

2014-7103

---

Appeal from the United States Court of Appeals for Veterans Claims in No. 12-2697, Judge Alan G. Lance Sr.

---

**ON MOTION**

---

**O R D E R**

Tonyalita Grace N. Cintron moves for an extension of time to file her principal brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted. Cintron's brief is due no later than September 8, 2014.

2                                          CINTRON v. MCDONALD

FOR THE COURT

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court

s27